Weaver v Deronde Tire Supply, Inc. (2022 NY Slip Op 06412)

Weaver v Deronde Tire Supply, Inc.

2022 NY Slip Op 06412

Decided on November 10, 2022

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on November 10, 2022

PRESENT: WHALEN, P.J., SMITH, PERADOTTO, CURRAN, AND BANNISTER, JJ. (Filed Nov. 10, 2022.) 

MOTION NO. (442/22) CA 21-00569.

[*1]RYAN WEAVER, PLAINTIFF-RESPONDENT, 
v
DERONDE TIRE SUPPLY, INC., DERONDE CASINGS, LTD., DERONDE TIRE COMPANY, DEFENDANTS-APPELLANTS, AND ESTES EXPRESS LINES, DEFENDANT.

MEMORANDUM AND ORDER
Motion for reargument or leave to appeal to the Court of Appeals denied.